

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER

Appellate case name:      Rich Robins v. Austen Perry Clinkenbeard and Jonathon G. Clinkenbeard a/k/a Jon Clinkenbeard

Appellate case number:   01-19-00059-CV

Trial court case number:  1107951

Trial court:                    County Civil Court at Law No. 3 of Harris County

The motion for rehearing is denied.

It is so ORDERED.

Judge's signature:   /s/  Evelyn V. Keyes
                              ☐ Acting individually    ☑ Acting for the Court

Panel consisting of Justices Keyes, Goodman, and Countiss.

Date:  December 22, 2020